UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,          Criminal No. 09-55 (8) (RHK/SRN)

vs.          **ORDER**

Andre Terrell Harris,

        Defendant.

---

Defendant's Motion to Seal "Position Regarding Sentencing" is **GRANTED**.

Dated: November 23, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge